UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BOBBY VARNADO                                                                                          PETITIONER

V.                                                                       CIVIL ACTION NO. 3:08CV382 DPJ-JCS

DELTA CORRECTIONAL FACILITY                                                          RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed without prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 17th day of February, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE